UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA LANDUCCI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FREEMAN EXPOSITIONS, LLC,<br><br>　　　　Defendant. | Case No. 19-cv-07573-JCS<br><br>**ORDER DENYING AS MOOT MOTION TO DISMISS OR STRIKE**<br><br>Re: Dkt. No. 10 |

On January 2, 2020, Defendant Freeman Expositions, LLC ("Freeman") filed a motion to dismiss or strike portions of Plaintiff Teresa Landucci's complaint. *See* Mot. (dkt. 10). Landucci has since filed an amended complaint as allowed by Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, superseding her original complaint. *See* 1st Am. Compl. (dkt. 16). Freeman's motion is therefore DENIED as moot, without prejudice to any argument that Freeman might raise in response to the amended complaint, and the hearing set for February 14, 2020 is VACATED. The case management conference set for the same date remains on calendar.[1]

**IT IS SO ORDERED.**

Dated: January 17, 2020

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　Chief Magistrate Judge

---

[1] The parties have consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c).