UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA LANDUCCI, on behalf of herself and all other similarly situated,<br><br>Plaintiff(s)<br>v.<br><br>FREEMAN EXPOSITIONS, LLC and DOES 1-25, inclusive,<br><br>Defendant(s) | CASE No C 3:19-cv-07573-JSC<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: January 27, 2020                          /s/ Stephanie Hart
                                                                   Party

                                                          Drinker Biddle & Reath LLP, Counsel for Defendant
Date: January 27, 2020                          /s/ Cheryl D. Orr
                                                                   Attorney
                                                          Cheryl D. Orr, Drinker Biddle & Reath LLP

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date:  January 27, 2020                          /s/ Cheryl D. Orr
                                                                    Attorney
                                                           Cheryl D. Orr, Drinker Biddle & Reath LLP

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 1-15-2019*

American LegalNet, Inc.
www.FormsWorkFlow.com