1  CHERYL D. ORR (SBN 143196)
   Cheryl.Orr@faegredrinker.com
2  FAEGRE DRINKER BIDDLE & REATH LLP
   Four Embarcadero Center, 27th Floor
3  San Francisco, California 94111-4180
   Telephone:    415-591-7500
4  Facsimile:    415-591-7510

5  Attorneys for Defendant
   FREEMAN EXPOSITIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TERESA LANDUCCI, on behalf of herself and all other similarly situated, | Case No. 3:19-cv-07573-JCS |
|---|---|
| Plaintiffs, | **CLASS AND COLLECTIVE ACTION** |
| v. | **DEFENDANT FREEMAN EXPOSITIONS, LLC'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| FREEMAN EXPOSITIONS, LLC and DOES 1-25, inclusive, | |
| Defendants. | Date:      February 4, 2022<br>Time:      9:30 a.m.<br>Courtroom: F – 15th Floor<br>Judge:     Chief Magistrate Judge<br>           Joseph C. Spero<br><br>SAC Filed:   November 2, 2020 |

Defendant Freeman Expositions, LLC ("Defendant" or "Freeman") hereby states its non-opposition to Plaintiff's Motion for Preliminary Approval of Class Action Settlement, filed on December 27, 2021. *For purposes of settlement only*, Defendant agrees that the Court should certify the proposed class.

Dated: January 10, 2022

FAEGRE DRINKER BIDDLE & REATH LLP

By: */s/ Cheryl D. Orr*
    Cheryl D. Orr

Attorneys for Defendant
FREEMAN EXPOSITIONS, LLC

ACTIVE.135191396.01