**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**ZOOM CIVIL MINUTE ORDER**</u>

| Case No.: <u>19-cv-07573-JCS</u> | Case Name: Landucci v. Freeman Expositions, LLC | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: February 4, 2022 | **Time:** 20 M (9:45-10:05) |

**Attorney for Plaintiff:** Ryan Hicks
**Attorney for Defendant:** Cheryl Orr, Amanda Semaan

**Deputy Clerk:** Karen Hom          **Court Reporter:** <u>Debra Pas</u>

<u>**ZOOM WEBINAR PROCEEDINGS**</u>

1. Motion for Preliminary Approval of Class Action Settlement [dkt 70] - Held
2. Further Case Mgmt Conference – Not Held

<u>**ORDERED AFTER HEARING**</u>

Supplemental materials to be filed within sixty (60) days from today (2/4/2022). When the supplemental materials are filed, the motion will be deemed submitted.

<u>**CASE CONTINUED TO:**</u>

**Order to be prepared by:**
  [ ] Plaintiff          [ ] Defendant          [ ] Court