UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA LANDUCCI,<br><br>    Plaintiff,<br><br>    v.<br><br>FREEMAN EXPOSITIONS, LLC, et al.,<br><br>    Defendants. | Case No. 19-cv-07573-JCS<br><br>**ORDER REGARDING CORRECTED CLASS NOTICE**<br><br>Re: Dkt. No. 82 |

On May 20, 2022, the parties filed a stipulation indicating that they had discovered that the notice distributed to class members in this case erroneously omitted the date for the final approval hearing. The parties propose mailing a corrected notice to all class members identical to the original except to include the hearing date as originally intended. The Court finds the proposed corrected notice generally acceptable, and finds no need to alter any dates in the case.

That said, sending the corrected notice on its own, without explanation, could cause confusion for class members who previously received a nearly identical notice. Accordingly, the parties are ORDERED to modify the heading of the corrected notice to read "CORRECTED NOTICE OF CLASS ACTION SETTLEMENT," and to include the following section immediately below the heading:

> ***Why are you receiving this Corrected Notice?***
>
> *The Notice of Class Action Settlement that you previously received inadvertently omitted the date of the final approval hearing. This Corrected Notice is identical to the notice you previously received except to include that date (August 26, 2022 at 9:30 a.m.) and this explanation.*

If the parties prefer, the corrected notice may alternatively include that explanation as a separate cover page.

The administrator shall mail the corrected notice no later than May 27, 2022, and the parties shall file a declaration confirming that it has been mailed no later than May 31, 2022.

The forthcoming motion for final approval must include a declaration addressing any costs of providing the corrected notice, and assuring the Court that the class will not bear those costs. If they have not done so already, the parties, counsel, and the administrator shall meet and confer to determine who will bear the costs of the error in the original notice.

**IT IS SO ORDERED.**

Dated: May 20, 2022

JOSEPH C. SPERO
Chief Magistrate