UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA LANDUCCI,<br><br>Plaintiff,<br><br>v.<br><br>FREEMAN EXPOSITIONS, LLC, et al.,<br><br>Defendants. | Case No. 19-cv-07573-JCS<br><br>**ORDER VACATING DOCUMENT FILED IN ERROR**<br><br>Re: Dkt. No. 88 |

On August 12, 2022, an order granting final approval was inadvertently filed as docket entry 88 due to a clerical error. The Court has not yet held the fairness hearing or considered the motions for final approval and for attorneys' fees. The erroneous order is hereby VACATED and has been sealed to reduce potential confusion. The fairness hearing remains set for August 26, 2022 at 9:30 AM via Zoom webinar. The motion for attorneys' fees (dkt. 85) and motion for final approval (dkt. 87) remain pending, and will be resolved after the fairness hearing. The Court apologizes for any confusion.

**IT IS SO ORDERED.**

Dated: August 15, 2022

JOSEPH C. SPERO
Chief Magistrate